# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DARRICK LEON GRAY,<br>Defendant. | Case No. 2:20-CR-00279-PSG<br>**ORDER OF DETENTION**<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

On April 1, 2024, Defendant Darrick Leon Gray made his initial appearance on the amended petition for revocation of supervised release and warrant for arrest issued on March 7, 2024. Defendant submitted on the detention recommendation in the Pretrial Services Report.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition include leaving the District of Nevada without the Probation Officer's permission, failing to notify Probation Officer of change of residence, and termination from residential reentry center due to leaving without authorization and failing to follow the rules.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ above-reference allegations in the petition as well as allegations of unlawful substance use.

It is therefore ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: April 03, 2024

*Patricia Donahue*

PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE